**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 MAY 25 P 2:52

CLERK'S OFFICE
AT GREENBELT

BY BRA DEPUTY

Gwendolyn J Benton *
8401 Greenbelt Rd T-1
Greenbelt MD 20770 *
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs. * **Civil No.:** DKC 12 CV 1577
*(Leave blank. To be filled in by Court.)*

Prince Georges Commy College
301 Largo Rd *
Largo MD 2199

*

*(Full name and address of the defendant(s))*
**Defendant(s)** *

******

**COMPLAINT**

1. Jurisdiction in this case is based on:

☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☑ Other (explain) Based on physical disability accommodations which lead to grade point Average drop. Not able to Complete School.

2. The facts of this case are:

I attended P.G. Community in 2005-2006. The campus was under renovation at that time. I was told by Thomas May's disability support services that they would make some arrangements for me to take both classes in the same building. At that time I did not have a mobile scooter to walk (to transport me from one end of the campus to the other). I was put in a Makeup Class in the Temporary Building were I would have to leave the bathroom and walk 1 mile to the next building. I was placed on Financial as well as Academic Probation. I had an ankle fusion in 2000 and did not get a scooter approved until 2007. Even now I enrolled at the UTC Campus and Professor Enis Allen made a remark about my disability dropping my grade (over)

I emailed, wrote also Dr Charlene Dukes and she did nothing to help me. I asked to set up to meet with the Dean and she as of this date has not responded. The only way I recieved the form was to ask the receptionist to mail this form to me after Two Semesters

3. The relief I want the court to order is: 150,000.00

☐ Damages in the amount of: _____

☐ An injunction ordering: _____

☑ Other (explain) Reimbursement By Prince George of Student Loan Required I took out to try to Complete school

5/24/12
(Date)

(Signature)

Gwendolyn J Benton
8407 Greenbelt Rd T-1
Greenbelt MD 20770
Gwendolyn J Benton  8407 Greenbelt Rd T-1 Greenbelt MD 20770
(Printed name, address and phone number of (301) 283-10
Plaintiff)
(301) 283-1082

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.